**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LABORERS PENSION TRUST FUND, et. al.

    Plaintiffs,

v.                                              Case No. 13-14874

METALLIZERS OF MID-AMERICA, INC.,

    Defendant.
                                              /

**ORDER OF DISMISSAL**

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **July 8, 2016**, to vacate this order if the settlement is not finalized. All parties' rights (including statute of limitations) are preserved as of today. After **July 8, 2016**, this dismissal is with prejudice.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: May 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 9, 2016, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522